UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF CALIFORNIA
*Southern*

| | | | |
|---|---|---|---|
| Petitioner | | APPLICATION TO PROCEED | FILED |
| vs. | | IN FORMA PAUPERIS BY A PRISONER | 2008 FEB 11 PM 4: 15 |
| Respondent(s) | | CASE NUMBER: 08 CV 0259 J JMA RM | |

I, GERALD D. KEELER SR, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

    If "Yes" state the place of your incarceration. _Sierra Conservation Center, P.O. Box 617 (S.C.C.) Jamestown, CA 95327_

    **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed? ☒ Yes   ☐ No

    a. If the answer is "Yes" state the amount of your pay. _Job # CLK-N.06 (Radio Room work) No pay_

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. _none_

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment ☐ Yes ☒ No
    b. Rent payments, interest or dividends ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
    d. Disability or workers compensation payments ☐ Yes ☒ No
    e. Gifts or inheritances ☐ Yes ☒ No
    f. Any other sources ☐ Yes ☒ No

    [stamp: 2254 ___ 1983 ✓ / FILING FEE PAID Yes ___ No ✓ / IFP MOTION FILED Yes ✓ No ___ / COPIES SENT TO Court ✓ ProSe ___]

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: *incarcerated*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. *incarcerated*

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *none*

I declare under penalty of perjury that the above information is true and correct.

12/26/07
DATE

*[signature]*
SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ Ø on account to his/her credit at Sierra Conservation Center (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ Ø . I further certify that during the past six months the average of monthly deposits to the applicant's account was $ Ø .

12/28/07
DATE

Dan Rahm, Accounting Technician
SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

```
REPORT ID: TS3030  .701                                              REPORT DATE: 12/28/07
                                                                     PAGE NO:            1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SIERRA CONSERVATION CENTER
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 28, 2007

ACCOUNT NUMBER : F87223                     BED/CELL NUMBER: CAA 0100000006L
ACCOUNT NAME   : KEELER, GARY                   ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

  TRAN
DATE  CODE  DESCRIPTION       COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

06/01/2007  BEGINNING BALANCE                                                    0.00

2/11  D320  TRUST FUNDS T  1647 RJB                    37.83                    37.83
2/11  W512  LEGAL POSTAGE  1652 11/9                                    1.31    36.52
2/11  W516  LEGAL COPY CH  1652 11/08                                   7.17    29.35
2/11  W516  LEGAL COPY CH  1652 11/28                                   0.48    28.87
2/11  W516  LEGAL COPY CH  1652 11/28                                   0.48    28.39
2/14  W516  LEGAL COPY CH  1686 12/05                                   1.80    26.59
2/14  W516  LEGAL COPY CH  1686 12/06                                   0.36    26.23
2/19  FC01  DRAW-FAC 1     1741CALJRD                                  26.23     0.00

                           CURRENT HOLDS IN EFFECT

DATE       HOLD
PLACED     CODE     DESCRIPTION                COMMENT        HOLD AMOUNT

2/27/2007  H109   LEGAL POSTAGE HOLD         1813 12/17           1.23

                            TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL         CURRENT      HOLDS      TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS   BALANCE      BALANCE    TO BE POSTED

  0.00        37.83       37.83         0.00         1.23         0.00

                                                     CURRENT
                                                    AVAILABLE
                                                     BALANCE
                                                     -------
                                                      1.23-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE SCC 12/28/07