# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Gerald Dean Keeler, Sr.

                **V.**                        **JUDGMENT IN A CIVIL CASE**

Charles Quirk

                                            **CASE NUMBER:**    08cv0259 J (JMA)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Complaint is dismissed as frivolous pursuant to 28 U.S.C. 1915A(b)(1). Plaintiff's Motion to Proceed IFP is denied as moot...

| March 17, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON March 17, 2008 |